UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MAMBA GOUMBALA, on behalf of himself  :
and all others similarly situated,                    :         **ORDER**
                                                                   :
                               Plaintiff,               :         08 Civ. 7863 (AKH)
                                                                   :
     -against-                                           :
                                                                   :
NELSON, WATSON & ASSOCIATES, LLC,  :
                                                                   :
                               Defendant.            :
-------------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, it is hereby:

    ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

    SO ORDERED.

Dated:    July ___, 2009
           New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge